No. 1009.—National City Bank, peticionario *v.* Corte, dmda.— Febrero 28, 1935.

(Por la Corte, a propuesta del Juez Presidente Sr. del Toro.)

Examinada la solicitud y oídas ambas partes, siendo apelable la orden cuya revisión se pide y siendo dicho recurso rápido y eficaz de acuerdo con las circunstancias concurrentes, no ha lugar.

El Juez Asociado Sr. Córdova Dávila no intervino.

Por la Corte, a propuesta de sus distintos jueces, se declaró no haber lugar a expedir los autos solicitados en los siguientes casos:

*Certioraries:* Nos. 1007, 1008, 1009, 1011, 1012, 1013, 1014, 1015, 1016, 1017, 1018, 1019, 1020, 1021, 1022, 1023, 1024, 1027, 1028, 1040, 1041, 1042, 1043, 1046.

*Autos inhibitorios:* Nos. 63, 64

 No. 298.—Rodríguez, peticionaria, *v.* González Blanes, Secretario, dmdo. Abril 1, 1935.

(Por la Corte, a propuesta del Juez Presidente Sr. del Toro.)

San Juan, Puerto Rico, abril 1, 1935.

Examinada la solicitud, no constando de ella que se haya acudido primeramente a la Corte de Distrito para la resolución del problema que en la misma se plantea, visto lo resuelto por esta Corte en los casos de *López* v. *González Blanes,* 46 D. P. R. 968, *Abarca* v. *Ortiz Toro,* 44 D. P. R. 666 y *Palmer* v. *Guerra,* 9 D. P. R. 555, no ha lugar.